Medoff et ux., Appellants, *v.* Feldmeier.

Argued April 26, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Richard B. Medoff,* in propria persona, for appellants.

*Raymond T. Cullen, Jr.,* with him *Morgan, Lewis & Bockius,* for Joseph Feldmeier, appellee.

*Leon E. Sperling,* with him *Richter, Syken & Ross,* for Joseph Levito, appellee.

*Gilbert Newman,* with him *Blank, Rome, Klaus & Comisky,* for Ben Schwartz, appellee.

Opinion Per Curiam, November 20, 1974:
Decree affirmed. Each party to pay own costs.
Mr. Chief Justice Jones took no part in the consideration or decision of this case.